DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICK HARRIS, MERCURY AIRLINES, LLC,** and
**AER SPARTA CORP.**
Appellants,

v.

**JAMES BEVAN,**
Appellee.

No. 4D2023-0473

[July 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE18-27533.

Michael Ellis and Samuel Alexander of Alexander Appellate Law, P.A., DeLand, for appellants.

Peter J. Solnick of Solnick Law, P.A., North Miami Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***